1  Andrew H. Selesnick (SBN 160516)
   Damaris L. Medina (SBN 262788)
2  Ketakee R. Kane (SBN 291828)
   **MICHELMAN & ROBINSON, LLP**
3  15760 Ventura Boulevard, 5th Floor
   Encino, California 91436
4  Telephone: (818) 783-5530
   Facsimile:  (818) 783-5507
5
   Troy A. Schell, Esq. (SBN 208661)
6  Bryan Wong, Esq. (SBN 205573)
   **PRIME HEALTHCARE SERVICES, INC.**
7  3300 East Guasti Road, 3rd Floor
   Ontario, California 91761
8  Telephone:   (909) 235-4400
   Facsimile:    (909) 235-4419
9
   Attorneys for Plaintiff
10
   Additional Counsel Listed On Next Page
11
                    **UNITED STATES DISTRICT COURT**
12
                    **EASTERN DISTRICT OF CALIFORNIA**
13

14
   **PRIME HEALTHCARE SERVICES**            Case No. 2:15-cv-00450- TLN-KJN
15 **– SHASTA, LLC, a Delaware limited**
   **liability company doing business as**
16 **Shasta Regional Medical Center;**      **SECOND STIPULATION AND**
                                            **ORDER TO EXTEND THE**
17          **Plaintiff**                   **DEADLINE TO FILE A**
   **vs.**                                  **RESPONSIVE PLEADING**
18
   **Sylvia Mathews Burwell in her**
19 **official capacity as Secretary of the**   [L.R. 144(A)]
   **Department of Health and Human**
20 **Services,**

21          **Defendant.**

22

23

24

25

26

27

28

                                    1

_____
                    **SECOND STIPULATION AND ORDER**

1   BENJAMIN B. WAGNER
    United States Attorney
2   EDWARD A. OLSEN (CSBN 214150)
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2821
    Facsimile:   (916) 554-2900
5   edward.olsen@usdoj.gov

6   Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**SECOND STIPULATION AND ORDER**

1    Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and
2    Defendant Sylvia Burwell, Secretary of the Department of Health and Human
3    Services, ("Defendant") by and through their attorneys, hereby stipulate, subject to
4    approval of the Court, to the following:

5    Plaintiff has filed a total of 9 cases challenging determinations by the
6    Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its
7    claims for payment for emergency medical services provided to Medicare
8    beneficiaries between November 2008 and February 2009.

9    These cases are as follows:

10    (1)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-
11    02791-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
12    Council, dated September 30, 2014, that it lacked standing to appeal the denial of
13    its claims for payment for emergency medical services provided to 29 Medicare
14    beneficiaries between November 2008 and February 2009.  The deadline for
15    Defendant's responsive pleading was March 13, 2015, but the parties filed a
16    stipulation to extend that deadline to April 10, 2015.  Parties filed a further
17    stipulation to extend the deadline to June 5, 2015.

18    (2)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
19    00154-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
20    Council, dated November 21, 2014, that it lacked standing to appeal the denial of
21    its claims for payment for emergency medical services provided to 17 Medicare
22    beneficiaries between November 2008 and February 2009.  The deadline for
23    Defendant's responsive pleading was March 30, 2015, but the parties filed a
24    stipulation to extend that deadline to April 10, 2015.  Parties filed a further
25    stipulation to extend the deadline to June 5, 2015.

26    (3)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
27    00324-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
28    Council, dated December 10, 2014, that it lacked standing to appeal the denial of

3

1   its claims for payment for emergency medical services provided to 6 Medicare
2   beneficiaries between November 2008 and February 2009.   The deadline for
3   Defendant's responsive pleading was May 4, 2015, but the parties filed a
4   stipulation to extend that deadline to June 5, 2015.

5       (4)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
6   00400-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
7   Council, dated December 23, 2014, that it lacked standing to appeal the denial of
8   its claims for payment for emergency medical services provided to 10 Medicare
9   beneficiaries  between November  2008 and February 2009.   The deadline for
10  Defendant's responsive pleading was May 4, 2015, but the parties filed a
11  stipulation to extend that deadline to June 5, 2015.

12      (5)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
13  00450-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
14  Council, dated December 29, 2014, that it lacked standing to appeal the denial of
15  its claims for payment for emergency medical services provided to 18 Medicare
16  beneficiaries  between November 2008 and February 2009.   The deadline for
17  Defendant's responsive pleading was May 29, 2015, but the parties filed a
18  stipulation to extend that deadline to June 5, 2015.

19      (6)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
20  00473-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
21  Council, dated January 2, 2015, that it lacked standing to appeal the denial of its
22  claims for payment for emergency medical services provided to 19 Medicare
23  beneficiaries between November 2008 and February 2009.   The deadline for
24  Defendant's responsive pleading was May 29, 2015, but the parties filed a
25  stipulation to extend that deadline to June 5, 2015.

26      (7)   In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-
27  00474-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals
28  Council, dated January 2, 2015, that it lacked standing to appeal the denial of its

**SECOND STIPULATION AND ORDER**

claims for payment for emergency medical services provided to 7 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading was May 29, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(8)     In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 25 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading was June 2, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(9)     In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-GEB-CMK, Plaintiff challenges a determination by the Medicare Appeals Council, dated March 25, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 2 Medicare beneficiaries between November 2008 and February 2009.

In each of the nine cases, Plaintiff has recently retained the law firm of Michelman & Robinson LLP, and intends to amend the complaints in each of the nine cases pursuant to Federal Rule of Civil Procedure 15.

Accordingly, the parties agree, subject to approval of the Court, that Defendant will not be required to file a Responsive Pleading to the Complaints in each of the 9 cases and further agree to the following schedule:

///

///

///

///

///

///

5

**Deadline for filing an Amended Complaint in each case:   July 2, 2015**

**Deadline for filing a Responsive Pleading in each case:   September 4, 2015**

Dated:  May 29, 2015

By:*/s/ Ketakee R. Kane*_____
Andrew H. Selesnick
Damaris L. Medina
Ketakee R. Kane
Troy A. Schell, Esq.
Bryan Wong, Esq.

Attorneys for Plaintiff Prime Healthcare
Services – Shasta, LLC

By: */s/ Edward A. Olsen (as authorized on*
*May 29, 2015).*
Edward A. Olsen
Benjamin B. Wagner

Attorneys for Defendant Sylvia Mathews
Burwell

6

1

## ORDER

2

3    Pursuant to stipulation and good cause having been shown, IT IS SO
ORDERED.

4

5    Dated:  June 2, 2015

6

7                                                        _____
                                                        Troy L. Nunley
8                                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**SECOND STIPULATION AND ORDER**