1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:14-cv-02791-TLN-KJN **ORDER** |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-00450 TLN-KJN |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-00473 TLN-KJN |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,
Defendant.

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, Defendant. | No. 2:15-cv-00474 TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, Defendant. | No. 2:15-cv-00709-TNL-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHASTA REGIONAL MEDICAL CENTER, PLAINTIFF,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | No. 2:15-cv-00154-TLN-KJN |

2

1    DEFENDANT.

2    PRIME HEALTHCARE SERVICES –              No. 2:15-cv-00324-TLN-KJN
3    SHASTA, LLC, A DELAWARE
     LIMITED LIABILITY COMPANY
4    DOING BUSINESS AS SHASTA
     REGIONAL MEDICAL CENTER,
5    PLAINTIFF,

6           v.

7    SYLVIA MATHEWS BURWELL, IN
     HER OFFICIAL CAPACITY AS
8    SECRETARY OF THE DEPARTMENT
     OF HEALTH AND HUMAN SERVICES,
9    DEFENDANT.

10

11   PRIME HEALTHCARE SERVICES –              No. 2:15-cv-00400-TLN-KJN
     SHASTA, LLC, A DELAWARE
12   LIMITED LIABILITY COMPANY
     DOING BUSINESS AS SHASTA
13   REGIONAL MEDICAL CENTER,
     PLAINTIFF,
14
            v.
15
     SYLVIA MATHEWS BURWELL, IN
16   HER OFFICIAL CAPACITY AS
     SECRETARY OF THE DEPARTMENT
17   OF HEALTH AND HUMAN SERVICES,
     DEFENDANT.

18   PRIME HEALTHCARE SERVICES –
     SHASTA, LLC, A DELAWARE
19   LIMITED LIABILITY COMPANY            No. 2:15-cv-01120-TLN-KJN
     DOING BUSINESS AS SHASTA
20   REGIONAL MEDICAL CENTER,
     PLAINTIFF,
21
            v.
22
23   SYLVIA MATHEWS BURWELL, IN
     HER OFFICIAL CAPACITY AS
24   SECRETARY OF THE DEPARTMENT
     OF HEALTH AND HUMAN SERVICES,
25   DEFENDANT.

26

27          The Court has reviewed the instant cases, including the pending motions before it, while

28   also considering the likelihood of future lawsuits concerning this same subject matter being filed

                                              3

1  before this Court.  As such, the Court finds that this case would be best served by appointing a

2  special master over this matter.  Specifically, the Court proposes appointing a special master for

3  the purpose of making findings and recommendations to the Court pursuant to Federal Rule 53.

4       Rule 53(a)(1)(a) empowers a judge to appoint a master to perform duties consented to by

5  the parties.  Rule 53(a)(1)(b) allows for an appointment of a master to recommend findings of fact

6  if an exceptional condition exists or there is a need to perform an accounting to resolve a difficult

7  damage computation.  The Court finds that the instant cases involve such exceptional conditions,

8  and thus ORDERS the parties to meet and confer within seven (7) days of the entry of this Order

9  and file a joint statement apprising the Court of whether they will consent to the appointment of a

10  special master.  In the event that the parties consent, the Court will then proffer to the parties

11  three (3) names of proposed special masters for the parties to consider.

12       IT IS SO ORDERED.

13

14  Dated: November 2, 2016

15

16

17  Troy L. Nunley
   United States District Judge

18

19

20

21

22

23

24

25

26

27

28